964 A.2d 298

IN THE MATTER OF EDWARD J. KING, AN ATTORNEY
AT LAW (ATTORNEY NO. 028432005).

February 11, 2009.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 08–225, concluding that as a matter of reciprocal discipline pursuant to *Rule* 1:20–14(a)(4)(E), **EDWARD J. KING** of **PHILADELPHIA, PENNSYLVANIA,** who was admitted to the bar of this State in 2005, should be reprimanded based on discipline imposed in the Commonwealth of Pennsylvania that in New Jersey violates *RPC* 8.1(a) (false statement of material fact on bar admission application), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and *RPC* 8.4(d) (con-

duct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **EDWARD J. KING** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.